IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| TOBY W. BROWN, SO 84068, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:17-CV-00096-M-BP |
| KATHRYN CROWE, et al., | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that the Motion Seeking Emergency Relief (ECF No. 56) is **DENIED**.

**SO ORDERED** this 11th day of May, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE