# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| TOBY W. BROWN,<br>SO 84068, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:17-cv-00096-M-BP |
| KATHRYN CROWE, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections on October 4, 2018. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Defendant's Motion to Dismiss and to dismiss Plaintiff's Amended Complaint (ECF No. 64) is **GRANTED** and Plaintiff's case is **DISMISSED** with prejudice and Plaintiff's Motion for Temporary Restraining Order (ECH No. 65] is **DENIED** as moot.

**SO ORDERED** this 10th day of October, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE