# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **TOBY W. BROWN,** | § | |
| **SO 84068,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:17-cv-00096-M-BP** |
| | § | |
| **KATHRYN CROWE, *et al*.,** | § | |
| | § | |
| **Defendants.** | § | |

## RECOMMENDATION REGARDING REQUEST TO PROCEED
## IN FORMA PAUPERIS ON APPEAL

By *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), before the Court are petitioner's *Applications to Proceed in District Court Without Prepaying Fees or Costs* seeking to proceed *in forma pauperis* on appeal, received October 26, 2018 (ECF No. 105) and November 6, 2018 (ECF No. 106).

(**X**)     The request for leave to proceed *in forma pauperis* on appeal should be **DENIED** because the Court should certify under Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith, and that it presents no legal points of arguable merit and is frivolous.

**If the Court denies the request to proceed *in forma pauperis* on appeal, the movant may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4). *See* Fed. R. App. P. 24(a)(5).**

Signed January 14, 2019.

_____

Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE